1  WATERS & KRAUS LLP
2  INGRID M. EVANS, CA Bar No. 179094
   ievans@waterskraus.com
3  711 VAN NESS AVENUE, SUITE 220
   SAN FRANCISCO, CA 94102
4  TEL:  (800) 226-9880
   FAX: (214) 777-0470
5

6  C. ANDREW WATERS, CA Bar No. 147259
   waters@waterskraus.com
7  MICHAEL L. ARMITAGE, CA Bar No. 152740
   armitage@waterskraus.com
8  MICHAEL B. GURIEN, CA Bar No. 180538
   mgurien@waterskraus.com
9  PAUL COOK, CA Bar No. 170901
   pcook@waterskraus.com
10 222 SEPULVEDA BOULEVARD, SUITE 1900
11 EL SEGUNDO, CALIFORNIA 90245
   TEL:  (310) 414-8146
12 FAX: (310) 414-8156

13 Attorneys for Relator

14

15

16                 **IN THE UNITED STATES DISTRICT COURT**

17            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18  UNITED STATES OF AMERICA                    )
        ex rel. Stephen Hamilton, Relator, et al   )
19                                               )  **Civil Action No. CV 08-01986 JCS**
                                                 )
20  vs.                                          )
                                                 )
21  SANOFI-AVENTIS; and                          )  **[~~PROPOSED~~] ORDER**
    JOHN DOES 1-10,                              )
22                                               )
                                                 )
23      Defendants.                              )
    _____ )

24

25        Prior to service of the Complaint, an Answer, or any dispositive motion, Relator filed a

26  Voluntary Notice of Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

27

28

1    The United States consents to this voluntary dismissal so long as the dismissal is without prejudice.

2    This matter is, therefore,

3            DISMISSED WITHOUT PREJUDICE,

4                    and

5    Closed.

6

7

8    DATED: __November 15, 2010_____          _____
                                                  UNITED STATES ~~MAGISTRATE~~ JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28